■ In the Matter of the Arbitration between AMERICAN LANOLIN CORPORA- TION, Appellant, and IRVING R. BOODY & CO., INC., Respondent.— Order and judgment (one paper), Supreme Court, New York County, entered on September 12, 1972, unanimously affirmed, and appellant's oral motion for a stay of arbitra- tion pending hearing and determination of the appeal is hereby denied. Respond- ent shall recover of appellant $40 costs and disbursements of this appeal. No opinion. Concur — Markewich, J. P., Kupferman, Murphy, Lane and Capozzoli, JJ.